# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MINDA R. ROLLER,**

      **Plaintiff,**

vs.                                         **Case No.: 2:16-cv-257**
                                                  **JUDGE SMITH**
                                                  **Magistrate Judge Jolson**

**POSTMASTER GENERAL**
**MEGAN J. BRENNAN,** *et al.*,

      **Defendants.**

## ORDER

On August 10, 2016, the United States Magistrate Judge issued an *Order and Report and Recommendation* denying Plaintiff's Second Motion for Extension of Time (Doc. 5) and recommendation that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process.  (*See Report and Recommendation*, Doc. 6).  On July 26, 2016, Plaintiff was granted an extension to effect service and the Order plainly stated that, "If Plaintiff fails to do so, her complaint shall be dismissed." (*Id*.).  To date, Plaintiff has not effected service upon Defendants.  Therefore, the Magistrate Judge recommended this action be dismissed.

The parties were specifically advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Order and Report and Recommendation*.

Accordingly, the *Order and Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  This action is hereby dismissed without prejudice pursuant to Federal Rule of

Civil Procedure 4(m) for failure to timely effect service of process.

The Clerk shall remove Document 6 from the Court's pending motions list and terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**